# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN KIRCHENBERG, | No. 2:20-CV-0690-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| AINSWORTH PET NURTITION, INC., et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Good cause appearing therefor, the initial scheduling conference in this matter set for August 5, 2020, before the undersigned in Redding, California, is vacated pending the District Judge's ruling on defendants' motion to dismiss.

IT IS SO ORDERED.

Dated: June 26, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1