IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN KIRCHENBERG,<br><br>  Plaintiff,<br><br>  v.<br><br>AINSWORTH PET NURTITION, INC., et al.,<br><br>  Defendants. | No. 2:20-CV-0690-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Plaintiff and Defendants counsels' request, ECF No. 40, which is construed as a motion for telephonic appearance at the scheduling conference set before the undersigned in Redding, California, on March 23, 2022, at 10:00 a.m. PDT. Good cause appearing therefor, counsels' joint motion is granted based on a supporting declaration setting forth the hardship associated with traveling the distance between the courthouse in Redding and counsels' offices. Counsel shall arrange a telephonic appearance through CourtCall.

  IT IS SO ORDERED.

Dated: March 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1